JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BERNARD LACY,<br><br>Petitioner,<br><br>v.<br><br>J. A. LIZARRAGA, Warden,<br><br>Respondent. | Case No.  5:19-cv-00583-DDP (KES)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that (1) the Petition is GRANTED and (2) this matter is remanded to the Superior Court of Riverside County for retrial in a manner consistent with the Order Accepting the Magistrate Judge's Report and Recommendation.

DATED:  October 26, 2021

_____
Dean D. Pregerson
UNITED STATES DISTRICT JUDGE